# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Reggie Green,<br>*Plaintiff*<br>v.<br><br>United States of America<br><br>*Defendants* | )<br>) Civil Action No.    1:18-cv-03288-HMH<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Reggie Green, shall take nothing of the defendant, United States of America, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint.

Date:  January 9, 2019                                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/L. Baker
                                                                                          *Signature of Clerk or Deputy Clerk*